

# MICHAEL WISEBERG

### COUNSELOR AT LAW

345 ROUTE 17 SOUTH • UPPER SADDLE RIVER • NEW JERSEY • 07458
TELEPHONE: (201) 236-8687 • FACSIMILE: (201) 584-9199
E-MAIL: NJLAWYER@OPTONLINE.NET • NYCOUNSEL@OPTONLINE.NET

ADMITTED TO PRACTICE BEFORE THE COURTS OF NEW JERSEY,
NEW YORK AND THE SUPREME COURT OF THE UNITED STATES

➤ October 14, 2008

Honorable Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut St., Room 4062
Newark, NJ 07101

*[Handwritten: So Ordered / October 24, 2008 at 2 PM. / Peter Sheridan / 10/14/08]*

     Re:   *Berryman v. Wheaton Van Lines, Inc., et al.*
            Civil Action No. 2:06-cv-5679

Your Honor:

I am writing at the request of your law clerk in connection with oral argument scheduled for 10:30 a.m. on Thursday, October 16, 2008, in the above-referenced matter. The motion seeks to restore the complaint only as against the defendant Davi & Valenti following settlement of the case against co-defendant Wheaton Van Lines. I am scheduled that morning to appear for trial at the Supreme Court of New York, Queens County, in the matter of *Caruso v. Savino et al.*, bearing index number 26100/06. I called defense counsel Lee Chang at George W. Wright & Associates, LLC today seeking his consent to an adjournment of this motion. Mr. Chang advised that although they have no problem with adjourning the motion, his firm no longer represents the defendant Davi & Valenti, as indicated in a letter apparently sent to Your Honor some time ago. Because I am a solo practitioner, I do not have anyone to cover the appearance before Your Honor on Thursday. I am presently free next week to appear on October 20th, 21st, 23rd (in the afternoon), and October 24th. Kindly let me know how the Court wishes to proceed.

                                Very respectfully yours,

                                *Michael Wiseberg*

                                Michael Wiseberg
                                *Counselor at Law*